## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Boguslawa Tomala

                                              Plaintiff,

v.                                                                       Case No.: 1:17−cv−08530
                                                                        Honorable Joan H. Lefkow

Patient Innovation Center, NFP, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 12, 2019:

       MINUTE entry before the Honorable Joan H. Lefkow: Status and motion hearing held. Plaintiff's oral motion to voluntarily dismiss case without prejudice is granted. All outstanding motions are terminated as moot. Civil case is terminated. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.